IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KENDRICK HERRING,

    Plaintiff,

v.                                            CASE NO. 4:18cv208-RH-CAS

CHRISTOPHER CORBITT et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 17. No objections have been filed.

The magistrate judge's order of November 5, 2018 identified procedural as well as substantive deficiencies in the first amended complaint. The order directed the plaintiff to file a second amended complaint. The plaintiff has not done so, and the deadline has passed. The report and recommendation concludes that the plaintiff has abandoned the case. The absence of any objection supports that conclusion.

This order does not address the substantive issues identified in the November 5 order. Either way, the directive to file a second amended complaint

was proper, even if based only on the first amended complaint's procedural deficiencies. The report and recommendation correctly concludes that the case should be dismissed for failure to comply with the order to file a second amended complaint.

IT IS ORDERED:

The report and recommendation is accepted. The clerk must enter judgment stating, "This case is dismissed without prejudice." The clerk must close the file.

SO ORDERED on March 15, 2019.

                                           s/Robert L. Hinkle
                                           United States District Judge